UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER HORN,<br><br>                Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>                Defendants. | CASE NO. 2:21-cv-01029-JAM-DMC<br><br>**ORDER GRANTING REQUEST FOR APPEARANCE BY TELECONFERENCING AT THE HEARING ON DEFENDANT WALMART INC.'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY**<br><br>Date:    July 13, 2022<br>Time:   10:00 a.m.<br>Place:  Courtroom 304, 3rd Floor<br>          Redding Federal Courthouse<br>Judge:  Hon. Dennis M. Cota |

Based on the distance between Defendant's counsel's offices in San Francisco, California, and the courthouse in Redding, California, the Court finds good cause for granting Defendant Walmart Inc.'s request for appearance by teleconferencing by Defendant's counsel, Juan C. Araneda, at the Motion to Compel hearing scheduled for July 13, 2022. Call-in instructions will be provided by the Court in advance of the hearing.

IT IS SO ORDERED.

Dated: May 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING REQUEST FOR APPEARANCE BY VIDEO TELECONFERENCING
FP 44112676.1