Thomas Dimitre SBN 276924
Thomas Dimitre Attorney at Law LLC
PO Box 801
Ashland, OR 97520
Tel: 541 890 5022
Fax:  541 488 4601
Email: dimitre@mind.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMBER HORN,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC,<br><br>Defendant | Case No.: 2:21-cv-01029-JAM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

Good cause appearing to support the parties' stipulation to extend the date for Plaintiff to respond to Defendant's Motion for Summary Judgment OR, Alternatively, Partial Summary Judgment from April 14, 2023, to **May 5, 2023**, the Court **GRANTS** the Stipulation.

The hearing on Defendant's Motion for Summary Judgment, ECF No. 21, is **RESET** for **June 06, 2023, at 01:30 PM**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

**SO ORDERED.**

Dated: April 12, 2023         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT - 1