1   Thomas Dimitre (CA SBN 276924)
    Thomas Dimitre Attorney at Law LLC
2   PO Box 801
    Ashland, OR 97520
3   Tel: (541) 890-5022
    Fax: (541) 488-4601
4   dimitre@mind.net

5   Attorneys for Plaintiff
    AMBER HORN
6

7   Jason A. Geller (CA SBN 168149)
    Juan C. Araneda (CA SBN 213041)
8   FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2050
9   San Francisco, CA 94111
    Tel: (415) 490-9000
10  Fax: (415) 490-9001
    jgeller@fisherphillips.com
11  jaraneda@fisherphillips.com

12  Attorneys for Defendant
    WALMART INC.
13

14                      UNITED STATES DISTRICT COURT

15                      EASTERN DISTRICT OF CALIFORNIA

16          SACRAMENTO DIVISION - ROBERT T. MATSUI FEDERAL COURTHOUSE

17

18  AMBER HORN,                          | CASE NO. 2:21-cv-01029-JAM-DMC

19                  Plaintiff,

20      vs.                              | **STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); ORDER**

21  WALMART, INC.,

22                  Defendants.

23

24                                        Complaint filed:    June 10, 2021
                                          Trail Date:         August 14, 2023

25

26

27

28

                                                    CASE NO. 2:21-cv-01029-JAM-DMC

STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER        1
**Error! Unknown document property name.**

1       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff AMBER

2   HORN and Defendant WALMART INC., by and through their respective attorneys of record,

3   that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety

4   and with respect to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The

5   parties further stipulate that each party shall bear their own costs and attorneys' fees.

6

7   DATED:  May 18, 2023           THOMAS DIMITRE ATTORNEY AT LAW LLC

8

9                                By:*/s/ Thomas Dimitre (as authorized on 05/18/2023*)
                                         Thomas Dimitre

10                                      Attorneys for Plaintiff
                                      AMBER HORN

11

12

13   DATED:  May 22, 2023                 FISHER & PHILLIPS LLP

14

15                                By:*/s/   Juan C. Araneda*
                                      Jason A. Geller

16                                      Juan C. Araneda
                                      Attorneys for Defendant
                                      WALMART INC.

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:21-cv-01029-JAM-DMC

STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER   2
**Error! Unknown document property name.**

1
**ORDER**

2      The parties having so stipulated and agreed, it is hereby SO ORDERED.  The above-

3  referenced case is hereby **DISMISSED** with prejudice.  The Clerk of Court is **DIRECTED** to

4  close this case.

5

6    Dated: May 23, 2023                              /s/ John A. Mendez

7                                                     THE HONORABLE JOHN A. MENDEZ
                                                      SENIOR UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:21-cv-01029-JAM-DMC

STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER          3
**Error! Unknown document property name.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

**Error! Unknown document property name.**